# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS M. GASPAR,<br><br>                              Plaintiff,<br>vs.<br>VETERANS ADMINISTRATION<br>HOSPITAL OF LA JOLLA, CALIFORNIA,<br><br>                              Defendant. | CASE NO. 05cv1308 BTM (JMA)<br><br>**ORDER ENTERING JUDGMENT<br>DISMISSING COMPLAINT** |

On May 15, 2007, the Court entered an order dismissing Plaintiff's complaint and granting her 30 days leave to file an amended complaint which addressed the pleading deficiencies identified therein. On June 19, 2007, the Clerk received a 12-page correspondence from Plaintiff, which is difficult to decipher. The untimely filing clearly does not constitute a Second Amended Complaint. To the extent that it contains another renewed request for counsel, the motion is **DENIED** for the same reasons specified in the Court's previous orders. Accordingly, the Clerk is directed to enter judgment dismissing the case without prejudice.

**IT IS SO ORDERED.**

DATED: June 20, 2007

Hon. Barry Ted Moskowitz
United States District Judge